174 A.3d 510

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL DERRY, DEFENDANT–PETITIONER.

C–192 September Term 2017
079395

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005674–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 511

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JUAN COLON, A/K/A B–BOY JUAN AND B–BOY,
DEFENDANT–PETITIONER.

C–153 September Term 2017
079295

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004003–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.